**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **HOLINESS SCIENCE ORGANIZATION INC., DBA ST. TERESA SCIENCE CHURCH** | ) ) ) ) ) | **CASE NO. 1:18CV2928** |
| **Plaintiff,** | ) ) | **JUDGE CHRISTOPHER A. BOYKO** |
| **vs.** | ) ) | |
| **CHURCH MUTUAL INSURANCE COMPANY,** | ) ) ) ) | **ORDER** |
| **Defendant**. | ) | |

The Court has been advised the action has settled.  Therefore, it is not necessary the action remain on the calendar of the Court.

IT IS ORDERED this action is closed.  It shall be marked settled and dismissed, with prejudice, with costs to Defendant.  The Court shall retain jurisdiction to (1) vacate this Order and reopen the action upon cause shown that settlement has not been completed and further litigation is necessary or (2) alter the terms of settlement and dismissal upon agreement of the parties.

**IT IS SO ORDERED.**

**DATE: August 21, 2019**              **/s/ Christopher A. Boyko   
CHRISTOPHER A. BOYKO   
United States District Judge**